UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY, individually

    Plaintiff,

v.                                            Case No: 2:16-cv-148-FtM-99CM

ROUMELY, INC.,

    Defendant.

## ORDER

This matter comes before the Court upon review of Defendant's Motion to Stay Proceedings Pending Investigation and Remediation & Incorporated Memorandum of Law (Doc. 8) filed on March 18, 2016. Plaintiff has filed a Memorandum in Opposition to Defendant's Motion to Stay. Doc. 9. The motion is ripe for review.

On May 26, 2016, the Court held a preliminary pretrial conference during which the Court discussed the pending motion. The Court advised that it is not persuaded by the authorities and arguments raised by Defendant. The Middle District of Florida authorities cited by Plaintiff are more persuasive, and they support denial of any stay. Moreover, the parties advised that they have engaged in discussions and are working towards a resolution of the issues in this matter. Thus, for the reasons stated on the record and herein, the motion is due to be denied.

- 2 -

ACCORDINGLY, it is hereby

**ORDERED**:

Defendant's Motion to Stay Proceedings Pending Investigation and Remediation & Incorporated Memorandum of Law (Doc. 8) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 26th day of May, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record