UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.  16-CV-00148-UA-CM

PATRICIA KENNEDY, individually,

       Plaintiff,

vs.

ROUMELY, INC, d/b/a, Kingston Square Plaza

       Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff PATRICIA KENNEDY and Defendant ROUMELY, INC, d/b/a Kingston Square Plaza have reached a settlement in the above-referenced case. After the parties finalize their settlement papers and prerequisites, they will submit the appropriate notice to the Court seeking dismissal of the case.

Respectfully submitted,

| | |
|---|---|
| GRUMER & MACALUSO, P.A.<br>Attorneys for ROUMELY<br>101 NE 3rd Avenue, Suite 1420<br>Fort Lauderdale, Florida 33301<br>(954) 713-2700; (954) 713-2713 (fax)<br>Email:  Service@grumerlaw.com<br>Emails:  kgrumer@grumerlaw.com<br>         slopez@grumerlaw.com<br><br>By: __/s/ Keith T. Grumer_____<br>     KEITH T. GRUMER<br>     FLORIDA BAR No.:  504416 | ALAVI, BIRD & POZZUTO, PA<br>Attorney for Plaintiff<br>108 N Magnolia Ave, Ste 600<br>Ocala, FL 34475<br>352-732-9191<br>Email: cbird@abplegal.com<br><br><br><br>By: /s/___Christine Bird_____<br>     CHRISTINE BIRD<br>     FLORIDA BAR No. 971642 |