IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Patricia Kennedy, | * | Civil Action File |
| | * | Case No:16-cv-148-FtM-99CM |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| ROUMELY, INC. | * | |
| dba Kingston Square Plaza | * | |
| Defendant. | * | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41, Federal Rules of Civil Procedure, Plaintiff PATRICIA KENNEDY and Defendant ROUMELY, INC, through their counsel, jointly file this Stipulation of Dismissal with Prejudice of Plaintiff's claims, with each party to bear their own costs and attorneys' fees except as otherwise agreed, and request that the Court enter an Order dismissing the case against ROUMELY, INC with prejudice.

Dated: August 30, 2016

By: /s/Keith T. Grumer, Esq (w/permission)
Keith T. Grumer, Esquire
Grumer & Macaluso, P.A.
1 E. Broward Blvd., Ste 1501
Ft. Lauderdale, Florida 33301
service@grumerlaw.com
Trial Counsel for Defendant

Dated: August 30, 2016

By: /s/Christine Bird
Christine Bird
Alavi, Bird & Pozzuto PA
108 N Magnolia Ave, Ste 600
Ocala, FL 34475
Ph. (352) 732-9191
Cbird@abplegal.com
FL Bar #: 0971642
Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List set forth below in the manner specified, either via transmission of Notices of Electronic Filing

generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/Christine Bird

| Keith T. Grumer, Esquire<br>Grumer & Macaluso, P.A.<br>1 E. Broward Blvd., Ste 1501<br>Ft. Lauderdale, Florida 33301 | **ATTORNEYS FOR DEFENDANT**<br>Primary Email:Service@grumerlaw.com<br>Secondary Emails:kgrumer@grumerlaw.com<br>slopez@grumerlaw.com |
|---|---|
| BY CM-ECF ||